In the Matter of the Arbitration between SAMUEL PARIS, Appellant, and HAROLD HERMAN et al., Respondents, and Others.

Argued May 14, 1945; decided June 14, 1945.

*Harry Hoffman* and *William J. Cohen* for appellant.
*Jacob W. Friedman* and *Jesse Safir* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.